UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

CASE NUMBER: ***26-20229-PDR***

IN RE: **Miguel Antonio Roman Benitez**
☒ Debtor(s)

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

**WARNING**: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website.
**RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:**
THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

LAST REVIEWED: **10/28/2026**

**1 A Plan served 10/14**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**

**Continue to 12/1:**
**Due on or before 11/10:** 1) Amend Plan to pay Ch 7 is $4,434.22 – includes repayment as the repayment came out of Debtor's joint account with his Non-Filing Spouse wherein the Debtor deposits money and as such the repayment was not made solely using funds of the Non-Filing Spouse

***This case may be dismissed or the Trustee may seek sanctions if payments and/or documents are not timely provided before confirmation.***

---

**CERTIFICATE OF SERVICE**
A true and correct copy of the foregoing document was served through NEF on the debtor's attorney (or if the debtor is proceeding pro se by U.S. First Class Mail) on the same day that the document was filed with the Court.

Submitted by:

Nancy K. Neidich, Esq.
Standing Chapter 13 Trustee
P.O. Box 279806
Miramar, FL 33027
Phone: (954) 443-4402